1  Name and Address David John Moses

2  218 Union St

3  San Rafael CA, 94901

4

FILED

DEC 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5          UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA

6

**CV20    8683**                    DMR

7

8  David John Moses              )
                                 )   Case No. _____
                                 )
9  _____   )
                                 )   Document Name:
10      Plaintiff/Petitioner     )
                                 )
11  vs.  MARin County            )
           San Rafael            )   Constructive Trust Fraud
12  Central MARin Police Authority )  Right to travel
13  _____   )   writ of Quo Warranto
       Defendant/Respondent      )
14

15  _____

16

17

18

19

20

21

22

23

24

25

26

27

28

1   DAVID JOHN MOSES
    218 UNION ST
2   SAN RAFAEL, CA, 94901
    Phone | 415 312-9798
3
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF MARIN
4

5
    DAVID JOHN MOSES                          Case No.:(                    )
6

7
                    PLAINTIFF                 AB INITIO
8

9   MARIN COUNTY

10  SAN RAFAEL POLICE                          COSTRUCTIVE TRUST FRAUD

11  CENTRAL MARIN POLIUCE AUTHORITY            BREECH OF FIDUCIARY DUTY

12                  DEFENDANT"S

13

14

15          DAVID JOHN MOSES, EXECUTOR, IS A RELIGIOUS MAN, AN INHABITANT OF MARIN

16  COUNTY WHERE THE INJUSTICE OCCURRED.

17          ON 9/2/18 AN AGENT OF CENTRAL MARIN POLICE AUTHORITY (CMPA), GAVE THE

18  EXECUTOR OF THE DAVID JOHN MOSES ESTATE/TRUST AN ILLEGAL BILL OF ATTAINDER, FOR NO

19  REGISTRATION AND FORCED THE EXECUTOR TO SIGN A CONTRACT UNDER DURESS, EVEN

20  THOUGH THE EXECUTOR CHALLENGED JURISDICTION. CMPA COULD NOT PROVE JURISDICTION

21  AT ANYTIME; THEY HAVE YET TO SHOW MY EXECUTOR A BOND OR LICENSE. I HAVE

22  REPEATEDLY REQUESTED FOR AN OATH OF OFFICE, AND NO ONE HAS COMPLIED. THESE

23  FOREIGN CORPORATIONS HAVE NO EXPOSURE TO COMMON LAW. THAT IS WHY A COUNTER

24  CLAIM WAS FILED AGAINST CMPA. AT THE CIVIC CENTER OFFICE, C10.

25          WHAT FOLLOWED NEXT SCARRED THE FACE OF JUSTICE. I WAS HELPED BY

26  INFORMATIVE CLERKS AT C10. BUT IN A COURT OF EQUITY, THE MARIN COUNTY TRAFFFIC

27  CLERK DRAGO, POSING AS A MAGISTRATE/JUDGE, SHOWED HIS PARTICIPATION WITH BRITISH

28  ADMIRALITY MARITIME LAW, AND TRIED TO FORCE THE KING ON HIS DERELICT, DRY DOCKET,

    PLEADING TITLE - 1

1   SKIFF. MENS REA. THE TRAFFIC CLERK DRAGO, THEN TRIED TO STRIP THE KING OF HIS POWER IN

2   THE COURT.WHEN ONE OF MANY DEFECTS WERE EXPOSED, 1.OBJECTION  2. WAS NOT THE

3   PROPER PARTY IN STANDING  3. MERE STATEMENT OF VIOLATION OF CODE IN ITSELF IS A

4   DEFECT, WHEN THEY HAVE NO CONTRACT, AND CAN'T PROVE JURISDICTION. THE TRAFFIC

5   CLERK DRAGO OVER- RULED THE KING, MAKING A LEGAL DETERMINATION, WHICH ONLY A

6   JUDGE MAY DO. THEN THE TRAITOROUS TRAFFIC CLERK DRAGO DID NOT VOID/PAY THE FINE,

7   EVEN THOUGH HE WAS MADE THE TRUSTEE, AND SENT THE FINE TO COLLECTION. ACTUS REUS.

8   VIOLATION OF TITLE 18 U.S. CODE 2381. THE TRAFFIC CLERK DRAGO SCARRED THE FACE OF

9   PUBLIC TRUST BY NOT COMPLYING WITH WELL-ESTABLISHED LAWS, POLICIES AND

10  PROCEDURES. THE TRAFFIC CLERK DRAGO SEEMINGLY DISPLAYED TACIT PREDICATED

11  ACTIONS, INVOKING POLICIES BEFORE LAW, FOR THE SOLE PURPOSE OF GENERATING A

12  REVENUE SCHEME, THUS CAUSING THE DAVID JOHN MOSES ESTATE/TRUST EXECUTOR GREAT

13  INJURY, BY THE LOSS OF HIS SECURED LIBERTIES, AND BREECHED HIS FIDUCIARY DUTY,

14  CALIFORNIA CIVIL CODE CHAPTER 3,170.1 . Mc NALLY  V. UNITED STATES 483 U.S. 350 (1987)

15  THEN THE EXECUTOR SUFFERED MORE INJURIES BY SAN RAFAEL POLICE STEALING CAR, AND

16  ARRESTING ME, WITHOUT DUE PROCESS. SAN RAFAEL POLICE AGENTS LIKE J CARPENTER,

17  COULD NOT EVEN FOLLOW A DIRECT ORDER OF HABEAUS CORPUS, BECAUSE THERE WAS NO

18  CORPUS DELECTI. MARIN COUNTY, CMPA, AND SAN RAFAEL POLICE EXCEEDED THEIR

19  JURISDICTION, AND BECAUSE THEY EXCEEDED THEIR JURISDICTION, THE DAVID JOHN MOSES

20  ESTATE/ TRUST EXECUTOR'S WAS INJURED, AND WILL CONTINUE TO BE INJURED BY UNJUST

21  FOREIGN CORPORATIONS CLAMING BRITISH WATER BANKING ADMIRALITY LAW, IN THE United

22  States of America.

23          PRAY FOR RELEIF

24          1  AB INITIO. REQUEST A PROVOST MARSHALL AND J.A.G.S BECAUSE BRITISH

25  ADMIRLTY LAW CAN ONLY CLAIM JURISDICTION 10 MILES OUT OF WASHINGTON D.C.(DISTRICT

26  OF COLOMBIA) OWNED BY BANK OF LONDON!

27          2 ABDICATE CIVIC CENTER FOR COMMON LAW ONLY

28          3 LIFETIME STAY AWAY ORDER FROM BRITISH AGENTS IN United States of America.
PLEADING TITLE - 2

1        4 $100,006,000.01. PAID IN GOLD OR SILVER. ACT OF 1792/ ECONOMIC-MONETARY

2   LAW OF THE LAND.

3   7-31-19

4                                                    DAVID JOHN MOSES EXE

5

6                                                    IN PRO PER

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
PLEADING TITLE

PURPOSED ORDER :


16 AM JURIS PRUDENT 2ᴺᴰ, SECTION 97, IT
SHALL BE INTERPRETED IN FAVOR OF THE
DAVID JOHN MOSES ESTATE, BECAUSE I AM
THE CLEARLY INTENDED AND THE EXPRESSLY
SPECIFIED BENIFICARY! FOR THE SUM OF;


$100,000,000.01 PAID IN GOLD OR SILVER.


AND A STAY AWAY ORDER; FOR ANY AND ALL
AGENT'S, CLAIMING BRITISH ADMIRALTY
MARITIME LAW, AND WEARING BLACK WITH
PENTIGRAMS ON UNIFORM'S. SAN RAFAEL
POLICE, CENTRAL MARIN POLICE AUTHORITY,
NOVATO POLICE, HIGHWAY PATROL(DMV
ENFORCEMENT) ANY AND ALL POLICE

Marin county Civic Center

ATT;   **C10**

**Counter claim against, CENTRAL MARIN POLICE AUTHORITY.**

**RECEIVED BY:---------------------------**

10/9/18

ATT; CENTRAL MARIN POLICE AUTHORITY

ISSUSED FOR: CAPTAIN OF CENTRAL MARIN
POLICE AUTHORITY.

COUNTERCLAIM.

RECEIVED BY;

_____

B4b
Oct 2 2018
1:15 pm



...alifornia, County of Marin

...e Nbr: **CT18026287**   Citation Nbr: **50100879**

date: 11/29/2018.

| Transaction Date/Time: | 9/26/2018 1:25:50 PM |

Moses, David John
878 Patricia Way
San Rafael, California  94903
United States

DAVID JOHN MOSES
218 UNION ST
SAN RAFAEL CA 94901
415 342-0963

MARIN COUNTY COURT

| | |
|---|---|
| DAVID JOHN MOSES | )   Case No[                    ] |
| | ) |
| Plaintiff, | )   Claim Common law jurisdiction |
| | )   Demanding a Delegation of Authority Order |
| | )   Demanding petition for Writ of QUO |
| vs. | )   WARRANTO. |
| | ) |
| Central Marin Police Authority | )   Objection |
| | ) |
| Defendant | )   Appearance, without Appearance |

_____   Right to travel freely and unencumbered.

1)      ON 9/2/18 I received a Bill of Attainder(100879)from CENTRAL MARIN POLICE

AUTHORITY  Alleging my estate needed registration and insurance.

2)      Of Course CENTRAL MARIN POLICE AUTHORITY, may take issue with the

argument that an individual has the right to travel freely and unencumbered.

3 )     CENTRAL MARIN POLICE AUTHORITY may argue, My Estate's Executor was driving.

4)      While it is true that driving in an a commercial capacity without registration

and insurance is illegal.

5)      However, CENTRAL MARIN POLICE AUTHORITY, does not offer exposure to Common Law,

In order to give Sovereign relief.  And failed to  recognized that I was in a state of

travel, not driving in a commercial capacity. David john Moses estate, Claimed Common

law jurisdiction, and djm is one of the people.(Chisome vs Georgia, 1803 5 US 137

Marbury vs Madison).

Dated this 23rd day of SEPTEMBER, 2018

I am the surety to the DAVID JOHN MOSES equity. There is no bailment here, this Estate is not abandoned! I am the living executor and beneficiary to the DAVID JOHN MOSES Estate, and the magistrate is my trustee, and I do not consent to anyone governing over DAVID JOHN MOSES anything.

I have appointed myself my own attorney, and I'm ready to proceed with my administrative and procedural matters. But before we go.

I have a declaratory ruling, is this a Court of law! Or a court of equity?

How may we hear this civil infraction then! I claim common law jurisdiction.

In pursuant to the 7th Amendment, I ask for a formal hearing and a trial by jury, because the value and the controversy is in excess of $20.

I'm relying on Constitutional defenses, and previous decisions of the Supreme court, like   Chisome  vs  Georgia/ Sovereignty rests with the people, Bond  vs UNITED STATES/ Upholds sovereignty for the people, and went on to define that Local, STATE, and FEDERAL law enforcement were committing unlawful action's against the sovereign people, by the enforcement of laws and are personally liable for their actions, and that their assets can be lien or encumbered.

5 US 137 William Marbury vs James Madison/ presided by the honorable John Marshal, anything in conflict is null and void of law!

Sapero  vs Thompson/ Right to travel freely and unencumbered.

The STATE of CALIFORNIA erroneously converted my secured Liberty in a privilege and issued a license and fee for it!

Murdok  vs PENNSLYVANIA/ Says no state may convert a secured Liberty into a privilege and issue a license and fee for it!

And if they do,      Shuttleworth  VS Birmingham Alabama/ says I may ignore the license and fee, and engage with  the right of impunity, which means I cant be punished!

So I have a perfect defense for willfullnes!

I'm immune to the prosecution!

I submit/ Prosecution counsel's burden is to prove I did willfully and knowingly avoided a duty or task!

I submit/ prosecution counsel cannot perform their task and are specifically precluded.

Therefor prosecution counsel does not have a cause of action , for which relief can be granted!

I WOULD INVITE THE COURT TO DISMISS WITH PREJUDICE, FOR FAILURE TI STATE CAUSE OF ACTION, FOR WHICH RELIEF CAN BE GRANTED!

16 AM JURIS PRUDENT/ 155 MUST ENFORCE AGAINST ENFRINGEMENT.

TITLE 4 UNC 1. Only the commander and chief can display gold fringe surrounding my flag!!!

BLACKS LAW DICTIONARY 1424/ STATUETORY INSTRUMENT ( 1. PAPER   2. IS A BRITISH REGULATION OR ORDER FOR GOVERNMENT EMPLOYEE'S).

WE FOUGHT THAT WAR, AND WON!!!!!!!!!

CA STATE  VS JONHSON/ In view of this rule a statutory provision officials may exempt such persons when the transportation is not in a commercial basis, which means you must exempt them.

# 18 US CODE 2381.

(a) Alter, counterfeit, deface, destroy, disguise, falsify, forge, obliterate, or remove the identity, including the vehicle identification number, of a motor vehicle or motor vehicle part, in order to misrepresent the identity of the motor vehicle or motor vehicle part, or to prevent the identification of the motor vehicle or motor vehicle part.

(b) Sell or dispose of the motor vehicle or motor vehicle part. *(Added by Stats.1993, c. 386 (S.B.73), § 1, eff. Sept. 8, 1993.)*

## § 255. City

"City" includes every city and city and county within this State. *(Stats.1959, c. 3, p. 1530, § 255.)*

### Cross References

County defined, see Vehicle Code § 270.

## § 257. Clean fuel vehicle

A "clean fuel vehicle" means any passenger or commercial vehicle or pickup truck that is fueled by alternative fuels, as defined in Section 301 of the Energy Policy Act of 1992 (P.L. 102-486), and produces emissions which do not exceed whichever of the following standards, as defined by regulations of the State Air Resources Board in effect on January 1, 1994, is applicable to the model year of the vehicle:

(a) For a vehicle of the 1994 to 1996, inclusive, model year the emission standard applicable to a transitional low-emission vehicle.

(b) For a vehicle of the 1997 model year, the emission standard applicable to a low-emission vehicle.

(c) For a vehicle of the 1998 to 2000, inclusive, model year the emission standard applicable to an ultra low-emission vehicle. *(Added by Stats.1993, c. 1159 (S.B.314),*

## § 258. Collector motor vehicle

"Collector motor vehicle" means a motor vehicle owned by a collector, (a) as defined in subdivision (a) of Section 5051, and the motor vehicle is used primarily in shows, parades, charitable functions, and historical exhibitions for display, maintenance, and preservation, and is not used primarily for transportation. *(Added by Stats. 1987 (S.B.1784), § 1.)*

### Cross References

Motor vehicle inspection, exemption from testing for collector motor vehicle, see Health and Safety Code § 44011.

## § 260. Commercial vehicle

(a) A "commercial vehicle" is a motor vehicle of a type required to be registered under this code used or maintained for the transportation of persons for hire, compensation, or profit or designed, used, or maintained primarily for the transportation of property.

(b) Passenger vehicles and house cars that are not used for the transportation of persons for hire, compensation,

or profit are not commercial vehicles. This subdivision shall not apply to Chapter 4 ( commencing with Section 6700) of Division 3.

(c) Any vanpool vehicle is not a commercial vehicle.

(d) The definition of a commercial vehicle in this section does not apply to Chapter 7 (commencing with Section 15200) of Division 6. *(Stats.1959, c. 3, p. 1530, § 260. Amended by Stats.1963, c. 688, p. 1694, § 2; Stats.1982, c. 46, p. 139, § 5; Stats.1988, c. 1509, § 1; Stats.2000, c. 861 (S.B.2084), § 11, eff. Sept. 29, 2000; Stats.2003, c. 222 (A.B.1662), § 1.)*

### Cross References

Bus defined, see Vehicle Code § 233.
County regulation, see Vehicle Code § 35712 et seq.
Foreign commercial vehicles, see Vehicle Code § 6850 et seq.
House car defined, see Vehicle Code § 362.
Identification required, see Vehicle Code § 27900.
Reciprocity with other states, see Vehicle Code §§ 8000 et seq., 8050.
Registration fees, generally, see Vehicle Code § 9250 et seq.
Service stations, services for commercial vehicles, see Business and Professions Code § 13651.
Vehicle defined, see Vehicle Code § 670.
Vehicles subject to registration, see Vehicle Code § 4000 et seq.
Weight fees, commercial vehicles, see Vehicle Code § 9400 et seq.

## § 265. Commissioner

The "commissioner" is the Commissioner of the California Highway Patrol. *(Stats.1959, c. 3, p. 1530, § 265.)*

### Cross References

California highway patrol, generally, see Vehicle Code § 2100 et seq.
Powers and duties of commissioner in general, see Vehicle Code §§ 2108, 2400 et seq.

## § 266. Consignment

A "consignment" is an arrangement under which a dealer agrees to accept possession of a vehicle of a type required to be registered under this code from an owner for the purpose of selling the vehicle and to pay the owner or the owner's designee from the proceeds of the sale. *(Added by Stats.1990, c. 735 (A.B.3269), § 1. Amended by Stats.1991, c. 815 (A.B.1063), § 1.)*

## § 267. Converter

A "converter" is a person, other than a vehicle manufacturer, who, prior to the retail sale of a new vehicle, does any of the following to the vehicle:

(a) Assembles, installs, or affixes a body, cab, or special equipment to the vehicle chassis.

(b) Substantially adds to, subtracts from, or modifies the vehicle, if it is a previously assembled or manufactured new vehicle. *(Added by Stats.1995, c. 211 (A.B. 770), § 1.)*

15

# GENERAL AFFIDAVIT

As a resident in the county  Marin              within the state of  California        ,
 Exse to David J Moses Estate      personally approached me, the undersigned Notary, and
made his/her sworn testimony in a general affidavit, that the following statement is
completely factual and true to the best of his/her belief and knowledge.

| Statement: |
| --- |

On and for the record, I want it known that I challenge jurisdiction. And demand a
Delagation of Authority Order/ Petition for writ of QUO WARRANTO.
On and for the record , I have challenged jurisdiction and this court has not proven
jurisdiction at anytime.                                                    .
On and for the record, OBJECTION and do not consent to these proceedings.
On and for the record, I sovereign Exsecutor of DAVID JOHN MOSES Estate/Trust.
Do not consent to anyone governing over the DAVID JOHN MOSES Estate/Trust or      .
anything .
On 9/2/2018 CENTRAL MARIN POLICE AUTHORITY(CMPA)
Bought a spurious frivolous unfounded claim, No registration or insurance, and forced me
under duress to sign a contract(100879) against my Sovereign Estate.              .
CMPA exceeded its jurisdiction, and because it exceeded it's jurisdiction, DAVID JOHN
MOSES Estate was injured by the loss of my Secured Liberties.  CMPA owes DAVID
JOHN MOSES Estate for injuries 1) lost my Right to Travel Freely and unencumbered.
(Sapero vs Thompson)  2) Threatened with loss of conveyance, by it being towed.
3) Forced to sign under duress a  unconstitutional Bill of Attainder.(100879).
(Bond vs UNITED STATES , Chisome vs Georgia, Sapero vs Thompson, 1803 5
US 137 Marbury vs Madison).                                                  .
DAVID JOHN MOSES Estate/Trust claims Common Law Jurisdiction.
David john Moses is one of the people, and part of the United States of America,
Cannot have a Bill of Attainder/tickets, that has Civil equity arguments that transmit into
law penalties.
The DAVID JOHN MOSES Estate/Trust does not have to ask permission for an inheirant
right.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                    CIVIL CODE § 1189

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                             )
County of ___Marin___                          )

On ___10/2/18___ before me, ___PATRICIA JAMESON___,
　　　　*Date*　　　　　　　　　　*Here Insert Name and Title of the Officer*

personally appeared ___David John Moses___
　　　　　　　　　　　　　*Name(s) of Signer(s)*

---

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

> PATRICIA JAMESON
> Notary Public – California
> Marin County
> Commission # 2203033
> My Comm. Expires Jul 26, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___Patricia Jameson___
　　　　　　*Signature of Notary Public*

---

　　　*Place Notary Seal Above*
━━━━━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━━━━━
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: ___General Affidavit___ Document Date: ___10/2/18___
Number of Pages: ___2___ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☒ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**Affiant Signature:**

**Date Signed:**  the _____ of _____ 20 _18_

Oct 2  2

Sworn and subscribed to before me on this day,  _2_ of _October_  20 _18_

PATRICIA JAMESON
Notary Public – California
Marin County
Commission # 2203033
My Comm. Expires Jul 26, 2021

_____
**Notary Public**

REDIFORM. 8K866

No. 005                                   Oct. 2nd        19 2018

Received From  David John Moses

                Fifteen

For   Notary Services

$ 15                                                    Dollars

                                          Patricia Jameson

# STAPLES

655 Irwin Street
San Rafael, CA 94915
(415) 485-0507

SALE                1871600 7 005 20290
                    0492 09/22/18 05:51
QTY  SKU                      PRICE

1    RELOAD GIFT/EXPRES        5.00N
Account No. ***********38274383  [S]
SUBTOTAL                        5.00
TOTAL                          $5.00

Cash                          100.00

Cash Change                    95.00
     TOTAL ITEMS        1


Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com


Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
back in Rewards in store only. $2 back in
Rewards per recycled ink cartridges. Up to
20 per month.Minimum purchase required.
Exclusions Apply.See an associate for
full program details or to enroll.



0 4 9 2 0 9 2 2 1 8 2 0 2 9 0 0 5

# STAPLES

655 Irwin Street
San Rafael, CA 94915
(415) 485-0507

SALE                1871600 7 005 20292
                    0492 09/22/18 05:58
QTY  SKU                      PRICE

****** Customer Order 2204554070 ******
12  Documents
    1980563       0.448ea         5.38
****************************************
SUBTOTAL                        5.38
    Standard Tax 9.0000%         0.48
TOTAL                          $5.86

Cash Card Redeemed           USD$5.00
Account No. ***********38274383  [S]
Auth No. 000000
         Card Balance: 0.00

Cash                            5.00

Cash Change                     4.14
     TOTAL ITEMS       12


Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com


Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
back in Rewards in store only. $2 back in
Rewards per recycled ink cartridges. Up to
20 per month.Minimum purchase required.
Exclusions Apply.See an associate for
full program details or to enroll.



0 4 9 2 0 9 2 2 1 8 2 0 2 9 2 0 5

# STAPLES

655 Irwin Street
San Rafael, CA 94915
(415) 485-0507

SALE                1795401 11 005 20782
                    0492 10/01/18 09:51

QTY SKU                      PRICE

9   1-100 BW2 LTR 20LB
    713989      0.270ea        2.43
SUBTOTAL                       2.43
    Standard Tax 9.0000%       0.22
TOTAL                         $2.65

Cash                           2.75

Cash Change                    0.10
        TOTAL  ITEMS    9

Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
back in Rewards in store only. $2 back in
Rewards per recycled ink cartridges. Up to
20 per month.Minimum purchase required.
Exclusions Apply.See an associate for
full program details or to enroll.



0492100118 2078205

# STAPLES

655 Irwin Street
San Rafael, CA 94915
(415) 485-0507

SALE                1795401 11 005 20779
                    0492 10/01/18 09:39

QTY SKU                      PRICE

1   SD FIVESTAR SPORTS
    043100331766              2.00
SUBTOTAL                      2.00
    Standard Tax 9.0000%      0.18
TOTAL                        $2.18

Cash                          5.00

Cash Change                   2.82
        TOTAL  ITEMS    1

Staples brand products.
Below Budget. Above Expectations.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Shop Smarter. Get Rewarded.
Staples Rewards members get up to 5%
back in Rewards in store only. $2 back in
Rewards per recycled ink cartridges. Up to
20 per month.Minimum purchase required.
Exclusions Apply.See an associate for
full program details or to enroll.



0492100118 2077905

# ATA TOWING
## 3145 KERNER BLVD

### SAN RAFAEL CA 94901-
### 415-455-9911

| Carrier Indentification Number |
|---|
| CA# 0420196 |

## Invoice# 92605

| Invoice Date | Dispatch# |
|---|---|
| 06/01/19 | 312653 |

**Bill To:**

**Reg Owner**  DAVID MOSES
218 CANAL ST
SAN RAFAEL CA 94901

| Dispatch# | Vehicle Information | Storage In Date | Storage Out Date | Lot# | Keys Info |
|---|---|---|---|---|---|
| 312653 | 94 SUBARU FRONITER GREEN Lic#CA4GLA035 | 05/30/19 | 06/01/19 | L1 | Y |

| Purchase Order Number | Vehicle Towed From | Vehicle Towed To |
|---|---|---|
| | | ATA SHOP |

| Calling Acct# | Reference# | Member# / Odometer | Expires R-Type | Rec | Inrt | Arvd | Intow | Clear | Tag# |
|---|---|---|---|---|---|---|---|---|---|
| SRPD | | | | | | | | | |

| Driver | Truck | Quantity | Item Description | Unit Price | Extended Price |
|---|---|---|---|---|---|
| HECTO | 6623 | 60 | TOWING | 240.00 | 240.00 |
| HECTO | 6623 | 1.00 | GATE FEE | 100.00 | 100.00 |

**Remarks**
(srpd release received to cherilyn kristie graham dl # a8530658)

| | |
|---|---|
| Sub Total | $340.00 |
| Storage # Days 3 @ 75.00 = | $225.00 |

I have examined the vehicle and it's contents and understand that by my signature below I hereby release and hold harmless ATA Towing from any and all claims of liabilies of any type and for any damages to the vehicle or to the vehicles contents while it was in the possession of ATA Towing.

**Customer Signature** X 

| | | |
|---|---|---|
| Total | | $565.00 |
| Received | | $565.00 |
| Paid By | CSH | CASH |
| Balance | | $0.00 |

**Upon request you are entitled to receive a copy of the Towing Fees and Access Notice**

APPLICATION FOR INSURANCE
PRIME PROGRAM



## UNDERWRITTEN BY INTEGON NATIONAL INSURANCE COMPANY

| Policy Information | Policy Premiums |
|---|---|
| **Policy Number:** GSP90312311-00 | |
| **Named Insured:** DAVID JOHN MOSES | |
| 218 UNION ST | **Policy Premium Subtotal** $ 690.00 |
| SAN RAFAEL CA 94901 | **Fully Earned Policy Fee** $ 35.00 |
| Home: (628) 234-4342 | **CA Fraud Fee** $ 1.76 |
| Work: | |
| Email: | **NSD Membership Due** $ 60.00 |
| | **Policy Premium & Fee Total:** $ 786.76 |
| **Producer:** FRWY/SAN RAFAEL / JAZMIN VALDOVINES | |
| FREEWAY INSURANCE SERVICES, INC | **Other Fees that may apply:** |
| 7711 CENTER AVE | Cancellation $50, Good Driver Reinstatement $15.30, Non-Good Driver |
| HUNTINGTON BEACH CA 92647 | Reinstatement Fee $20.00, SR22 Filing $15, SR22 Reinstatement $25, |
| | Non-Sufficient Funds $25, Endorsement $7, EFT Installment $9, NON-EFT |
| | Installment $13, Registration $10, Return Mail $5, Fraud Fee $1.76 per |
| (800) 396-1485 | Vehicle 12 Months, Good Driver Rewrite $19.12, Non-Good Driver Rewrite |
| | $25, Good Driver MVR Fee $3.06, Non-Good Driver MVR Fee $4.00, Good |
| | Driver Policy Fee $26.77, Non-Good Driver Policy Fee $35.00, Credit Card |
| | & Check Processing Fee $5 |
| **Effective Date:** 05/30/2019 | |
| **Expiration Date:** 05/30/2020 12:01 AM | |
| **Transmit Date:** 05/30/2019 02:58 PM | |

---

## Driver Information

| Name | DL# / STATE | Date of Birth | Sex | Marital Status | Status | Yrs Driving Exp |
|---|---|---|---|---|---|---|
| DAVID JOHN MOSES | C6297959 CA | 03/12/70 | M | Single | Suspend | 33 |
| | **Occupation:** Unemployed- Unemployed | **Work Address:** | 0 | | | |

**I hereby declare under penalty of perjury under the laws of the State of California that the information regarding all listed accidents is true and correct. I understand that if the insurer discovers that this Declaration contains a fraudulent or material misrepresentation, the policy may be cancelled or re-rated accordingly. I also understand that self-reported accidents may be included in the premium calculation resulting in a higher premium.**

---

## Vehicle Information

**Vehicle 1**

1999 SUBARU FORESTER S **VIN** #: JF1SF6552XH743727

| **Annual Mileage:** | 13000 | **Usage:** | Pleasure | **Symbol** | 16 |
|---|---|---|---|---|---|

**Garaging Address:** 218 UNION ST   SAN RAFAEL  CA  94901

| Coverages | Limits Of Liability | UNIT 1 | UNIT 2 | UNIT 3 | UNIT 4 |
|---|---|---|---|---|---|
| Bodily Injury Liability | $15,000 per person/ $30,000 per accident | $ 284 | | | |
| Property Damage Liability | $10,000 per accident | $ 406 | | | |
| | Vehicle Totals | $ 690 | | | |

Buybacks -

---

Our Company offers multiple California Personal Auto Programs to eligible insured's. A lower rate or better coverage may be available to you. If you are a member of a motor club, an RV club, a professional association, an employee group or other similar type group and would like your policy reviewed to assure you are receiving the best possible rate, please contact your agent or our call center at 1-800-396-1485.

| | YES | NO |
|---|---|---|
| 1. Have you disclosed all household members 14 years and older on the application? | X | |
| 2. Have you disclosed all persons who frequently uses the listed vehicles on the application? | X | |
| 3. Are all names currently showing on the registration of any listed vehicle disclosed on the application? | X | |
| 4. Have any vehicles been leased for a term of 6 months or less? | | X |
| 5. Are any listed vehicles used for livery, or racing, or to transport/deliver goods such as pizza, vegetables, newspapers, explosive/biochemical material or for emergency transportation or used as a van pool / resident or for any other unacceptable commercial/business purpose? | | X |
| 6. Do you use your vehicle (s) in the course of work or business?  If yes, what type of work or business? | | X |
| 7. Do you have any employees? | | X |



## Payment Receipt

New Business
Transaction #21924453
New Business #10110038

555 Francisco Blvd E Ste 21
San Rafael CA 94901
Phone : 415-306-5361
License # 0F82773
Office : 192 San Rafael-E

David John Moses
218 Union St
San Rafael CA 94901

Customer #11559958
Received By: *Jazmin Flores*
Date/Time : *5/30/2019 3:03 PM PDT*

### Fees

| Type | Description | Amount |
|------|-------------|--------|
| Automobile Insurance | Down Payment to Carrier | $66.68 |
| Documentation Fees | Documentation and Imaging Fee | $25.00 |
| Broker Fee | Broker Fee | $18.32 |
| | **Total Fees:** | **$110.00** |

### Received Payments

| Type | Description · | Credit Card # / Check # / Other | Amount |
|------|-------------|-------------------------------|--------|
| Cash | | | $110.00 |
| | | **Total Amount Received :** | **$110.00** |
| | | **TOTAL PAYMENT :** | **$110.00** |

### Customer Service: (800) 300-0227

Policy Number: GSP90312311-00          Insurance Company: Allstar General Insurance Agency

**Note: For Credit Card and Electronic Check Payments (AHC) charges will appear on your statement as FREEWAY INSURANCE CA**

** If the Received Payments Type above indicates "**None - No Coverage Until Paid**", then no payment has been received and this document is not evidence of coverage or receipt of payment. **

Customer Signature: _____     Agent Signature: _____

# BIG SAVINGS!

## Find out more about our additional products:

• Auto • Motorcycle • Home • Small Commercial Auto • Hospital Indemnity

• Renter's • Identity Theft • Telemedicine

Ask your agent or call: **888-253-0674**



# Enhanced Court Collections Division

COUNTY OF MARIN

JILL K. FRANCIS – DIRECTOR

DAVID JOHN MOSES
218 UNION ST
SAN RAFAEL, CA  94901

February 13, 2019

Marin County Superior Court has referred the following delinquent court case(s) to the Enhanced Court Collections Division for collection.

Case Number: CT18031578                    Balance: $2,363.00

*This letter may only reflect the most recent case number(s) referred to us. Your total amount due may be higher if you have other delinquent cases referred to this office.*

The balance you owe has been increased by $300.00 to reflect a civil assessment added to your balance because you failed to respond to notices from the Court that your account was delinquent or you failed to make payments as previously agreed.

Please pay the total amount due **$3,861.00** within 15 days of the date of this notice to prevent further collection action. If you are unable to pay the total amount due, please contact us immediately at (415) 473-3150 to establish payment arrangements.

Thank you for your prompt attention to this matter.

------------------------------------- Detach and return with payment -------------------------------------

DAVID MOSES        218 UNION ST

Case Number: CT18031578                    Balance: $2,363.00

## Total due: $3,861.00                Amount enclosed:  ------------------------------------

Make checks payable to **"Marin ECC"** and mail to our PO Box below, or walk in your payment Mon – Fri, between the hours of 8:30am – 4:00pm. To pay by credit card, you can call our office or pay online at **https://www.paybill.com/marinecc**

STATE OF CALIFORNIA
**FRANCHISE TAX BOARD**
PO BOX 1328
RANCHO CORDOVA CA 95741-1328

Notice Date: **05/23/2019**

**222700410002**

(916) 845-4064

## DEMAND FOR PAYMENT - COURT-ORDERED DEBT COLLECTIONS

☐ Check this box and indicate new address on reverse.

Account Number: **JK-276-7746**

Billing Number: **CD-9166-05740**

DAVID J MOSES
218 UNION ST
SAN RAFAEL CA 94901-3442

Amount Due: **$3,861.00**

Return the above part with your payment. ↑
Keep this part for your records. ↓

The office listed on this notice referred your court-ordered debt to us for collection. Your account is past due and legal action is pending.

You must pay the amount due within ten days of this notice's date. If we do not receive your payment, we may take the following collection actions:

- Garnish your wages or other sources of income.

- Attach your bank account.

- Seize and sell your real or personal property.

- File a lien to attach to all real property you own or may acquire in California.

- Attach your California state income tax refund or lottery winnings.

The amount due listed may not include all the amounts you owe. If you have questions regarding specific case information or if you disagree with the amount due, call the referring office.

Partial payment will not stop collection action or the addition of interest. If an immediate payment in full creates an undue hardship, call us at (916) 845-4064 (not toll-free).

**TO PAY YOUR AMOUNT DUE**

1. Make your check or money order payable to **Court-Ordered Debt Collections.** Write your full name, account number, and billing number on your payment. Mail your payment with the top portion of this notice to:

   **COURT-ORDERED DEBT COLLECTIONS**
   FRANCHISE TAX BOARD
   PO BOX 1328
   RANCHO CORDOVA CA 95741-1328

2. To pay online and for other payment options, go to ftb.ca.gov and search for **My COD Account.**

| Account Number: | |
|---|---|
| | **JK-276-7746** |

| Billing Number: | |
|---|---|
| | **CD-9166-05740** |

| Amount Due: | |
|---|---|
| | **$3,861.00** |

Persons with hearing or speech impairments, call TTY/TDD (800) 822-6268.

For more information, go to **ftb.ca.gov** and search for **court-ordered debt.** For your account activity and other online services, search for **My COD Account.**

| Referring Office | Case Number | Amount Due | Phone Number |
|---|---|---|---|
| MARIN ENHANCED COURT | CT18026287 | $1,498.00 | (415) 473-3150 |
| MARIN ENHANCED COURT | CT18031578 | $2,363.00 | (415) 473-3150 |



DEPARTMENT OF MOTOR VEHICLES

A Public Service Agency

**\* INCOMPLETE APPLICATION\*\*SEE ABOVE\*\*THIS IS NOT AN OPERATING PERMIT \***

| MAKE | YR MODEL | YR 1ST SOLD | VLF CLASS | *YR | TYPE VEH | TYPE LIC | LICENSE NUMBER |
|------|----------|-------------|-----------|-----|----------|----------|----------------|
| SUBA | 1999 | 1999 | AT | 2005 | 12S | 11 | 4GLA035 |

| BODY TYPE MODEL | MP | MO | | VEHICLE/VESSEL ID NUMBER |
|-----------------|-----|-----|---|--------------------------|
| SW | G | AE | | JF1SF6552XH743727 |

| TYPE VEHICLE/VESSEL USE | DATE ISSUED | CC/ALCO | DT FEE RECVD | PIC |
|-------------------------|-------------|---------|--------------|-----|
| AUTOMOBILE | 05/31/19 | 21 | 05/31/19 | 0 |

RDF REASONS: 0

MOSES DAVID
R 878 PATRICIA WAY
/
O

SAN RAFAEL
CA          94903

AMOUNT PAID

$  510.00

AMOUNT DUE      AMOUNT RECVD

508.00    CASH :

CHCK :

CRDT :   510.00

ADJUST OVER      :     2.00

L
/
O

PR EXP DATE: 06/24/2018

534 36 0051000 0012 CS 053119  4GLA035 727

## ORIGINAL ESTIMATE

### SAN RAFAEL SMOG

**... A STAR CERTIFIED TEST ONLY STATION**

**OPEN 7 DAYS A WEEK**
B.A.R. # 282820
36 LISBON STREET
SAN RAFAEL, CA 94901
M - F 8-6    SAT. 9-5    SUN 10-6
www.sanrafaelsmog.com
**(415) 453-SMOG (7664)**

**NOTES**

NOTCH
2.5L

retest
40.00
check    Monitor
18+

**f** **t** **g+** **Yelp**   № 04552   DATE 7/5/19

NAME/NOMBRE   David Mosel   CELL PHONE #

ADDRESS/DIRECION   28 Union St   APT# 1/4   E-MAIL

CITY/CIUDAD   ZIP 94901

| YEAR | MAKE | MODEL | LICENSE NO. | MILEAGE |
|------|------|-------|-------------|---------|
| 99 | Subaru | Forest | 4GUA035 | 356530 |

| ENG. | EGR. | AIR | EVAP. | TURBO | TIMING | CA. | CAT. #s |
|------|------|-----|-------|-------|--------|-----|---------|
|      |      |     |       |       |        | FED. |        |

VIN #   JF1CF6552XH743727

| STAR CERTIFICATION | $10.00 | ✓ |
|---|---|---|
| TRUCKS, VANS, SUVS. | $10.00 | ✓ |
| SMOG CERTIFICATE (THIS FEE GOES TO THE STATE OF CALIFORNIA) | $8.25 | ✓ |
| PASS PRICE | PASS $ 70 |
| FAIL PRICE | FAIL $ 6.25 |
| EXOTIC, UNUSUAL VEHICLES. | $ |
| MOTOR HOMES, RV's, HEAVY DUTY VEHICLES. | $ |
| (PASS PRICE) $ | FAIL PRICE $ |

**PLEASE READ AND SIGN FOR SMOG INSPECTION**
I hereby authorize the smog inspection to be done and hereby grant you and/or employees to operate the vehicle herein described for the purpose of testing and/or inspection.

Pay This **TOTAL**   60

**SIGN HERE** →   X

Title Holder: Carnis Ferdinand Poindexter; a Moor          Traffic Stop LAWFUL Notice - Affidavit for Truth

**COPY WRITE INFRINGEMENT WILL NOT BE TOLERATED.**
**THE SIR NAME OF DAVID JOHN MOSES, IS OWNED BY THE LIVING SOUL.**
David John Moses.

# Traffic Stop LAWFUL Notice
## Affidavit of Truth

Dear Police Officer, Code Enforcement Officer, Government Agent, Sheriff, Law Enforcement Officer, or Peace Officer, please, take notice of the Affidavit below, before you '**Presume Contract Jurisdiction**' and attempt to **Engage** this Common Law Private **Sovereign American** into Statutory Law, ie: Public Policy Enforcement.

The 'Sovereign American Traveler' honorably and passively, presenting this knowledge to you, is doing so in an attempt to **protect you** from **yourself.**

I have a great deal of respect for the 'Public Service' you are committed to, and understand how difficult it is to seek out and prosecute criminals. However, this Document is presented at a 'traffic stop', **and therefore is a mandatory part of the Official Record** of any ensuing action, and MUST be introduced as *prima facie Discovery Evidence* in said action.

It will be noted that willful suppression of 'Evidence' is a 'Felony'. Any cause of action will result in a lawsuit under USC Title 18, Title 28, and Title 42, 1983.

This "**NOTICE**" has been submitted upon **DEMAND** of a '*DRIVERS LICENSE,' 'Registration,' 'Proof of Insurance,'* or *ANY* other State issued Privilege, Permit or License (of which, NONE of these Statutes, this Sovereign AmericanTraveler is Liable, or Contracted to).

The U.S. Supreme Court ruled: 'The unalienable "RIGHT" to travel is a part of the liberty of which the American Citizen cannot be deprived without due process of the law under the 5th Amendment' *See: Kent v. Dulles, 357 U.S. 116, 125.*

Please, be informed that this Traveler is a "Secured Party creditor" First Class Private Sovereign American, and NOT a Second Class Public 'Federal US citizen', and, as such, has served your Administrative Agency, 'Lawful Public Notice' of his 'Secured Party Status' in the Community.

This 'Certified Lawful Notice' of his 'UCC-1 Filing', was recorded with the Grafton COUNTY RECORDER, as amended.

As a 'Private Sovereign American, inhabiting the land of Marin county, California, this Sovereign American, has Constitutional protection.

The most important Constitutional Protection being, the Fifth Amendment Right: "To Remain Silent" (Miranda Warning).

Do not take offense, or be insulted because I choose to 'Plead the Fifth', ie: Remain Silent, and NOT be compelled to co-operate with your 'verbal interrogation'.

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.-----------------------------------------------------------------------------------Title Holder Carnis Ferdinand Poindexter; a Moor
With the Copy-Claim

"The Fifth Amendment provides that no person shall be compelled in any criminal case to be a witness against himself in a criminal prosecution but also privileges him not to answer Official questions put to him in any other proceeding, civil or criminal, formal or informal, where the answers might incriminate him in future criminal proceedings." LEFKOWITZ v. TURLEY, 94 S. CT. 316, 414 U.S. 70 (1973)

Due to this **Sovereign American's** past naivety with Statutory Law, this **Traveler** has since learned, that one **cannot _listen oneself into trouble_**. This **Traveler** now realizes it is a <u>Public Official's</u> Intent, to lure into a **Verbal**, then <u>Written CONTRACT</u>. Therefore, this **Traveler must** inform **you** of <u>his Rights</u>, and not help **you** to coerce **him** into some Statute of which **he** is NOT **Liable** to.

This **Traveler** does not willfully choose to Consent to your <u>"Offer To Contract"</u>, nor to be 'compelled' To Incriminate himself by answering _ANY_ questions and thereby Entering into _ANY_ sort of Verbal Agreement.

Unless you have a <u>Warrant for this</u> **Sovereign American's** <u>Arrest</u>, ie: a **'Valid Sworn Claim of Liability'**, or have seen this **Sovereign American** <u>Commit a Felony</u>, you have <u>NO Probable Cause</u> to detain **him**, as he has the <u>"Right to Free Travel"</u>.

If you are Arresting this **'Secured Party' Sovereign American** <u>Without A Warrant</u>, **you** must IMMEDIATELY take **him** before a Judicial Officer of competent jurisdiction, to determine whether the Arrest was **lawful**, or if there was 'Probable Cause' for the Arrest, or **you** will be held **Personally Liable, and Acountable**, for **False Arrest** (**Kidnapping**) and Sued in your Official Capacity. The **arrest** <u>shall not</u> be based upon hearsay, unless supported by a <u>Warrant</u> accompanied by a Bona Fide **Affidavit**. Said '**Warrant**' and '**Affidavit**' must be based upon first-hand knowledge of the **Affiant** who has a <u>Claim</u> against **him**, charging him with a **Felony** or other infamous **crime**. This Secured Party' Sovereign American must be allowed the right to face his accuser.

If you deny this 'Secured Party' Sovereign American that right, it will be a violation of <u>The Sixth Amendment</u>, and if you act unreasonably in your investigation or use excessive force, it will be a violation of <u>The Fourth Amendment.</u> This '**Constitutional Rightful Demand**' must be met prior to booking. If you do not comply with this 'Rightful Demand' <u>You Will Be Sued.</u>

Please, also be informed that under the Rules of the <u>"Uniform Commercial Code"</u>, this First Class **Sovereign American is** NOT engaged in _ANY_ COMMERCIAL Activity (STATUTORY LAW) where MOTOR VEHICLE Licensing is mandatory. This '**First Class Sovereign American**' is a "**Free-Born and Natural Sovereign American**", "riding a motor bike" or "traveling for pleasure in an Automobile", and this "Conveyance" form of "Locomotion", is **his "Private Property"** for private use, _only_.

This '**First Class Sovereign American**' is NOT "<u>DRIVING OR OPERATING A Public Property 'MOTOR VEHICLE"</u>, therefore NOT _Engaged in the 'Activity of Commerce', and_ therefore <u>NOT Liable, under the "MOTOR VEHICLE STATUTORY LAW", Or subject to your Jurisdiction.</u>

If a '**Public Official**' 'Assumes Jurisdiction' and insists in his/her pursuit in engaging a '**Private Sovereign American**' without a "**Viable Sworn Claim of Liability**", ie: '**Affidavit**' or a '**Warrant**' , s/he is "trespassing" and is therefore no longer 'immune to prosecution', and will be '**held personally accountable**', in his/her

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.--------------------------------------------------------------------Title Holder Carnis Ferdinand Poindexter; a Moor
With the Copy-Claim

Title Holder: Carnis Ferdinand Poindexter; a Moor                    Traffic Stop LAWFUL Notice - Affidavit for Truth

**'Private Capacity'** for acting outside of his/her **'Official Capacity'** and will therefore be **'charged'** with a 'Hostile Act of Official Aggression', in an **Article 3 Court.**

 **(The Supreme Court has held that the courts are open twenty-four hours a day, seven days a week, three hundred sixty five days a year.)**

 Where a **Secured Party' Sovereign American** is detained, without a Warrant and without having committed a crime (traffic infractions are not crimes), the detention is a **false arrest** and **false imprisonment.**

 *Damages awarded; TREAEVANT v. CITY OF TAMPA, 241F2D.336 (11TH CIR.1984) Motorist illegally held for 23 minutes in a traffic charge was awarded $25,000 in damages. The above case sets the foundation for $75,000 dollars per hour, or $1,800,000 dollars per day.*

 The privilege is not ordinarily dependent upon the nature of the proceeding in which the testimony is sought or is to be used. It applies alike to civil and criminal proceedings, wherever this might tend to subject to criminal responsibility on him who gives it. The privilege protects a mere witness as fully as it does one who is a party defendant." MC CARTHY v. ARNDSTEIN, 266 U.S. 34, 40, 45 S.CT. 16, 17, 69 L.ED. 158 (1924)

 Please, <u>BE FOREWARNED,</u> IF you choose to Commit these **<u>FELONIES</u> yourself,** by <u>DEMANDING</u> one Surrender one's DRIVERS LICENSE and/or REGISTRATION <u>Without</u> one's Willful Consent,  and **you persist with: 1) <u>Armed Assault</u>  *(physically threaten one),*   2) <u>Extortion</u> *(Enter one into Contract, by Writing a Complaint, or Levying Fines without one's permission), and 3) <u>Identify Theft</u>(one's NAME is one's private property,* and you may not take this *'Secured Party' American Citizen's property* or wrongfully convert *any of one's property, such as  this Sovereign American's personal photograph or fingerprints without Written Authority which is granted only after an adversary proceeding which complies completely with <u>The Fifth Amendment</u> due process rights, concluded with a <u>signed order</u> by a Judicial Officer of competent jurisdiction ordering the taking of said property), or  4) <u>Kidnapping</u> (Arrest without a Warrant)  You will  Be Held Personally Accountable, Liable, and <u>Sued for Damages</u>;* BOTH under your <u>OFFICIAL</u> and <u>Individual</u> *Capacities, for your "Hostile Act of Official Aggression".*

 If a  **'Public Official'** wishes to communicate with this **'Secured Party'**, s/he  can do so, through  correspondence  by mail,  to the address of:

**David John Moses (Secured Party)**

**Non-Domestic Mail**

**Care of:  557 East Francisco Blvd, San Rafael California, 94901.**

 Let this 'Notice' serve as a mandatory part of the 'Official Record' of any ensuing action, and therefore Must be introduced as *prima facie* evidence in said action. It will be noted that willful suppression of evidence is a felony.  Any cause of action will result in a lawsuit under USC Title 18, Title 28, and Title 42, 1983.

 "…there can be no doubt that the Fifth Amendment privilege is available outside of criminal court proceedings and serves to protect persons in all

This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------------Title Holder Carnis Ferdinand Poindexter; a Moor
With the Copy-Claim

settings in which their freedom of action is curtailed in any significant way from being compelled to incriminate themselves." MIRANDA v. ARIZONA, 86 S. CT. 1602, 384 U.S. 436 (1966)

**<u>Hale v. Henkel</u> the united States supreme Court which speaking on the "Law of the Land." The opinion of the court stated:**

*"The individual may stand upon his constitutional rights as a Citizen.  He is entitled to carry on his private business in his own way.  His power to contract is unlimited.   He owes no duty to the  State  or to  his neighbors,  to divulge  his business,  or to open his doors to an investigation,  so far as it may tend to  incriminate him.   He owes no duty to the State, since he receives nothing therefrom, beyond the protection of his life and property.*

*"His rights  are  such  as  existed  by the  Law of  the Land (Common Law) long antecedent  to the  organization  of the State, and can only be taken from him by due process of law, and in accordance with the Constitution.*

*"He owes nothing to the public so long as he does not trespass upon their rights."*

"…where the Fifth Amendment privilege against self-incrimination is involved…the court has always construed its protection to ensure that an individual is not compelled to produce evidence which later may be used against him as an accused in a criminal action… The protection does not merely encompass evidence which may lead to criminal conviction, but includes information which would furnish a link in the chain of evidence that could lead to prosecution, as well as evidence which an individual reasonably believes could be used against him in a criminal prosecution." HOFFMAN v. UNITED STATES, 341 U.S. 479, 486, 71 S.CT.814, 95L.Ed. 1, 18 (1951)

"in KASTIGAR v. UNITED STATES, 406 U.S. 441, 92 S. CT. 1653, 32 L. Ed. 212(1972), we recently reaffirmed the principle that the privilege against self incrimination can be asserted in any proceeding, civil or criminal, administrative or judicial, investigatory or adjudicatory. Id., at 444, 92 S. Ct. AT 1656; LEFKOWITZ v. TURLEY, 414 U.S. 70, 94 S. CT.316, 322, 38 L. Ed. 274 (1973).

"WE have recently noted that the privilege against self-incrimination --- the essential mainstay of our adversary system—is founded in a complex of values… To maintain a fair state individual balance, to require the government to shoulder the entire load… to protect the inviolability of the human personality, our accusatory system of criminal justice demands that the government seeking to punish an Individual produce the evidence against him by its own independent labors, rather than by the cruel, simple expedient of compelling it from his own mouth… In sum, the privilege is fulfilled only when the person is guaranteed the right to remain silent unless he chooses to speak in the unfettered exercise of his own will."

Traffic Stop LAWFUL Notice - Affidavit for Truth
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.------------------------------------------------------------------------------Title Holder Carnis Ferdinand Poindexter; a Moor
With the Copy-Claim

Title Holder: Carnis Ferdinand Poindexter; a Moor                    Traffic Stop LAWFUL Notice - Affidavit for Truth

Please also NOTE: the above, as stated by the Supreme Court, are rights and privileges as guaranteed by the Constitution, and anyone (including judges) who knowingly violates those rights may be civilly and criminally liable under several federal statutes. Please see: United States Code, Title 18 Section 241 (Conspiracy against Rights), and Section 242 (Deprivation of Rights under Color of Law); Title 42 Section 1983, 1985, 1986 (Civil Rights)

Any violation of My Rights or failure to Stop another from violating them, by a Public Servant Who has the Legal Duty and Power to Protect those rights, shall constitute a Crime.

**IF YOU CHOOSE TO IGNORE THESE WARNINGS it will show bad faith on your part, and *prima facie* evidence of your deliberate indifference to Constitutionally mandated rights. A copy of this instrument will be *prima facie* evidence of your bad faith.   YOU Will Be Held Personally Accountable, Liable, and Sued for Damages; BOTH under your Official and Individual Capacities.**

**Remember, YOU Are "Doing Business As" A Public Servant, and as such, you are *expected* to treat me with due respect, as I respectfully thank you, for reading this NOTICE OF INTENT.**   .

Officer, I cannot and will not Offer you any information that may later be used against me in a Civil or Criminal proceeding. This includes producing documents that may or may not, be in my possession.  If there is some important information that you wish to impart upon me, please do so in a respectful manner. I do hope you will have a good day.

Respectfully submitted,

DAVID JOHN MOSES©, and all derivatives thereof
My Copyright

_____

David J Moses, sui juris
sovereign living soul, holder of the office of "the people"
inhabitant of the land of New Hampshire

### ACKNOWLEDGEMENT

Traffic Stop LAWFUL Notice - Affidavit for Truth
This matter/text copyright © by the Title Holder. All right to this matter/text and what it may represent is by terms and conditions of the Title Holder.----------------------------------------------------------------------------Title Holder Carnis Ferdinand Poindexter; a Moor
With the Copy-Claim

FILE FOR RECORD - THIS IS INTERNATIONAL NOTICE

RETURN TO:
David John Moses- Without Prejudice   UCC 1 - 308
RFD
San Francisco, California
Non domestic
Without the United States
*Not in any federal zone, territory, possession, enclave, etc.,*
*and not subject to the jurisdiction of the United States, et al.*

Marin county registry, California.
Civic Center Dr
Marin, California.

NOTICE OF DECLARATION IN THE FORM
OF A COMMERCIAL AFFIDAVIT OF TRUTH

NOTICE OF COMMON LAW COPYRIGHT,
COPY CLAIM, TRADEMARK

This Declaration is made without prejudice:

Re: the art work "DAVID JOHN MOSES", any/all derivatives thereof.

I/Me/Myself/Us/We/Ourselves, David John Moses, the undersigned affiant, a living man upon the land of California and not a corporation or legal fiction, etc., born upon the land in the California, in the united states of America on March 12th 1970. declare that I am of majority and competent to state the matters set forth herein with first-hand knowledge of the facts and that they are true, correct, not misleading, and certain, admissible as evidence.

1.  This plain statement of Fact being a matter that must be expressed to be resolved. In Commerce truth is sovereign. Truth is best expressed in law in the form of an affidavit. An uncontroverted affidavit stands as truth in commerce and becomes the judgment, can only be challenged by a rebuttal affidavit item for item signed under penalty of perjury, and can only be satisfied by payment, agreement, resolution, or by a trial by jury according to the common law of California.

2.  I/Me/Myself/Us/We/Ourselves am presenting this affidavit for truth in commerce and as a Contract for Waiver of Tort.

3.  The public record being the highest form of evidence, I am creating a public record by Declaration of said Copyright by recording with the Grafton County Recorder, in the state of California.

4.  The person and name known as DAVID JOHN MOSES, and any/all derivatives thereof being a legal fiction(s) without form or substance, and without any resemblance to any natural born living being, is entirely an intentional commercial Fraud created by the alleged de facto government officials and agents of the nul tiel COMMERCIAL CORPORATION(s) doing business as, but not limited to; the UNITED STATES, USA, US, GOVERNMENT OF WASHINGTON DC, DISTRICT OF COLUMBIA (including any agencies/persons claiming jurisdiction over any US territories, possessions, enclaves, etc.), et al, FEDERAL RESERVE SYSTEM, DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE (IRS), BUREAU OF ALCOHOL, TOBACCO, AND FIREARMS (BATF), FEDERAL BUREAU OF INVESTIGATION (FBI), DEPARTMENT OF HOMELAND SECURITY, CENTRAL INTELLIGENCE AGENCY (CIA), NATIONAL SECURITY AGENCY (NSA), AMERICAN BANKING ASSOCIATION (ABA), AMERICAN BAR ASSOCIATION (ABA), STATE OF TEXAS, STATE OF FLORIDA, STATE OF CALIFORNIA, etc., with subdivisions being CORPORATE MUNICIPAL COUNTIES, BOROUGHS, PARISHES, and CORPORATE MUNICIPAL CITY(IES). The FICTION is created for the purpose of disenfranchising the living man, David John Moses of his life, liberty, property and the pursuit for happiness for the unjust enrichment of said CORPORATE and GOVERNMENTAL FICTIONS.

5.  A copyright, copy-claim and trademark is hereby placed on the art "DAVID JOHN MOSES"© and any/all derivatives thereof.

Any indentures, debentures, bonds, securities, judgments, warrants or any other kind of commercial paper issued or predicated on the art "DAVID JOHN MOSES"©, shall become a Security Agreement between the issuing party and the affiant and shall make the issuer liable for fees, damages and penalties as follows:

1.  Any usage shall incur a debt of $15,000 in US Silver Dollar Coin convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes per usage per signatory;

2. Failure to correct the upon issuance in a timely manner will result in additional penalties of $300.00 US in Silver Specie convertible at the legal and lawful ratio prescribed by law of 24:1 of Silver Dollars to Federal Reserve Notes to per day until paid.

3. Failure to render the appropriate funds in a timely manner will result in a Lien/Levy against the property of the person violating said copyright, as no controversy will exist.

Anyone placing the copyrighted, copy-claimed and trademarked "DAVID JOHN MOSES"© or any derivations thereof on any document which is in any way associated with Me, the living soul, David John Moses, shall, by such document acting prima facie as evidence of violation, become liable for penalties payable in legal and lawful tender of:

a. Ten ($10.00) dollars US silver coin per day until Notice is delivered:

b. One hundred ($100.00) dollars US silver coin per day for each day AFTER Notice is received until the offending document is destroyed and a public retraction is made in the local newspaper in a double-wide column of not less than three (3") inches in length, if such notice is published within thirty (30) days of Notice;

c. One thousand ($1,000.00) dollars US silver coin per day for each day after Notice if such retraction is not published within thirty (30) days of said Notice; and,

d. Notice will be based upon the records of the commercial business that affects delivery.

"DAVID JOHN MOSES"© is the perfected proprietary security for the living soul David John Moses, under original common law for one hundred (100) years and is private property for the protection of My estate, life, liberty, and property.

Unauthorized possession or use of "DAVID JOHN MOSES"© and any/all derivatives thereof may be a violation of State Code for Fraudulent Use or Possession of Identifying Information which is punishable by prison and fine.

Any use of "DAVID JOHN MOSES"© and any/all derivative(s) thereof, with or without scienter, at the expense of any right, liberty, property, or any part of My estate, absent full disclosure and lacking written prior consent is strictly forbidden and chargeable to each of the users/issuers in the amount of the sum certain of one million ($1,000,000.00) dollars of legal and Lawful Silver Dollar Coin of the United States, convertible at the legal and lawful ratio of 24:1 to Federal Reserve Note Dollars as prescribed by law and is not limited by any past, present, or future restriction for each instance of said unauthorized use.

Placement of "DAVID JOHN MOSES"© on any document associated in any manner with My estate or Me, David John Moses, without My written prior consent is all of the evidence required for enforcement of this agreement/contract and is evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract without controversy under the conditions and terms so stated and set forth herein.

I/Me/Myself/Us/We/Ourselves, David John Moses, am not an expert in the law, however, I do know right from wrong. If there is any living man that is being unjustly damaged by any statements herein, he/she will inform Me by facts in the form of a **signed and sworn Affidavit**. Therefore, I hereby and herein reserve the right to amend and make amendment to the attached Instrument as necessary in order that the truth may be ascertained and proceedings justly determined. If any living soul has information that will controvert and overcome this signed and sworn Declaration in this commercial matter, you must advise Me of the facts in the form of a **signed and sworn Commercial Affidavit** within ten (10) days from recording hereof, proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not merely the ultimate facts of conclusions of law that this affidavit by Declaration is substantially and materially false sufficiently to change materially My or the fictions status and factual declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here being established as fact as a matter of law and this affidavit by Declaration will stand as final judgment in this matter; and for the sum certain herein stated and will be in full force and effect against all parties, due, payable and enforceable by law. The criminal penalties for commercial fraud is determined by jury and by law, the monetary value is set forth by Me for violation of My Private Property and for breach of the law, the contract, the Constitutions, in the amount of the sum certain stated herein of two million five hundred fifty thousand ($ 2,550,000.00) dollars specie of Gold coin or lawful coinage of the united States as defined by Article I, Section 10 of the Constitution of We the People for the united States of America and will be due, payable on the eleventh day, and any day there after as use occurs after filing by Me, in the public records of the county of Marin county, in the California Republican state.

Notice to the agent is notice to the principal. Notice to all agents of the State of California and all subdivisions thereof is made by the filing of this document with the Marin County Recorder, California.

Further affiant sayeth not!

ALL RIGHTS RESERVED,
FOR  COPY-CLAIM the art " DAVID JOHN MOSES"© and any/all derivatives thereof.

By David John Moses

Paul Kenneth Duhy          Declaration of Copyright for PAUL KENNETH DUHY©

Honorable David John Moses, living soul, sui juris,  Agent, a lawful Man and article 9 entity.

This document prepared by David John Moses

ACKNOWLEDGMENT/NOTARY

MARIN County
CALIFORNIA
united states of America
*original jurisdiction*

The above affiant, personally known to Me, or proved to Me on the basis of satisfactory evidence, to be the one whose address (name) and autograph is subscribed to the within instrument. Affiant swears under the pains and penalties of perjury that all statements made herein are true, correct, certain, and not misleading.

Duly subscribed and sworn on this ____4____ day of ____Nov_____, ... 2019

X_____
Notary Public

(seal)

J. CANO
COMM. # 2161968
NOTARY PUBLIC - CALIFORNIA
MARIN COUNTY
COMM. EXPIRES SEPT. 1, 2020

Paul Kenneth Duhy     Declaration of Copyright for PAUL KENNETH DUHY©